IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-54-BO

| | |
|---|---|
| SHELLEY LYNN WHITE ) | |
|     Appellant, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| QUANTUM3 GROUP, LLC and GALAXY ) | |
| ASSET PURCHASING, LLC, ) | |
|     Appellees. ) | |

This matter is before the Court following its stay of this matter pending resolution by the United States Supreme Court of *Dubois v. Atlas Acquisitions, LLC*, No. 16-707 and *Owens v. LVNV Funding, LLC*, No. 16-315 (15-2044, 15-2082, 15-2109 consolidated). Appellant further relied on *Midland Funding, LLC v. Aleida Johnson*, No. 16-348, in support of her motion to stay. It appearing that the petitions for writ of certiorari in *Dubois* and *Owens* have been denied and that judgment was entered in *Midland Funding* on May 15, 2017, the stay in this matter is hereby LIFTED. The parties are DIRECTED to provide a proposed briefing schedule to the Court within ten (10) days of the date of entry of this order.

SO ORDERED, this 27 day of November, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE